**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BASEEM MISSAGHI, individually and on behalf of all others similarly situation,<br><br>   *Plaintiff,*<br><br>v.<br><br>BLOCKBUSTER L.L.C.,<br><br>   *Defendant*. | Civil File. No. 11-2559 JRT/JJG |

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

  I, Robert K. Shelquist, hereby certify that on November 21, 2011, I caused the **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO (1) AMEND COMPLAINT AND (2) RESPOND TO AMENDED COMPLAINT** to be submitted to the court via e-mail to the following judge:

  Judge John R. Tunheim (tunheim_chambers@mnd.uscourts.gov)

and I certify that I caused a copy of the proposed order to be e-mailed, as noted below, to the following:

- **Jerimiah J Burke**
  ef-jjb@cpdb.com

- **Annamarie A Daley**
  annamarie.daley@btlaw.com,landerson@btlaw.com

- **William C. Gray**
  bgray@edelson.com

- **Zuzana S Ikels**
  ef-zsi@cpdb.com

- **Lauren S. Kowal**
  ef-lsk@cpdb.com

- **Scott Moriarty**
  samoriarity@locklaw.com,sjgutknecht@locklaw.com

449268.1

- **Richard R. Patch**
  ef-rrp@cpdb.com

- **Matthew R Salzwedel**
  mrsalzwedel@locklaw.com,jastuart@locklaw.com

- **Ari J. Scharg**
  ascharg@edelson.com

DATED: November 21, 2011         LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By:  /s/ Robert K. Shelquist
     Robert K. Shelquist #21310X
     Matthew R. Salzwedel #0312903
     Scott A. Moriarity #0321977
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0987
rkshelquist@locklaw.com

449268.1