UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BASEEM MISSAGHI, individually and on behalf of all others similarly situation,<br><br>*Plaintiff,*<br><br>v.<br><br>BLOCKBUSTER L.L.C.,<br><br>*Defendant.* | Civil File. No. 11-2559 JRT/JJG<br><br>**NOTICE OF CLASS ACTION SETTLEMENT**<br><br>[Hon. John R. Tunheim] |

Plaintiff Baseem Missaghi, individually and on behalf of a putative class, and Defendant Blockbuster L.L.C., respectfully submit this notice to the Court concerning a settlement of this case. The Parties participated in a mediation on March 15, 2012 and soon thereafter agreed on the principal terms of a non-binding term sheet for a class action settlement. The Parties are in the process of finalizing the settlement agreement, which the Parties intend to submit to the Court within sixty (60) days

Respectfully submitted,

Dated: April 2, 2012           **EDELSON MCGUIRE LLC**


By:  /s/ Ari J. Scharg

Jay Edelson, *admitted pro hac vice*
Rafey S. Balabanian, *admitted pro hac vice*
Ari J. Scharg, *admitted pro hac vice*
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312)589-6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com

        Robert K. Shelquist #21310X
        Matthew R. Salzwedel #0312903
        Scott A. Moriarity #0321977
        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
        100 Washington Avenue South, Suite 2200
        Minneapolis, MN 55401
        Tel: 612-339-6900
        rkshelquist@locklaw.com

        ***Attorneys for Plaintiff***

Dated: April 2, 2012        **COBLENTZ, PATCH, DUFFY, & BASS LLP**

        By: /s/ Richard R. Patch
        Richard R. Patch, *admitted pro hac vice*
        Lauren S. Kowal, *admitted pro hac vice*
        One Ferry Building, Suite 200
        San Francisco, CA 94111
        Tel: 415-391-4800
        Fax: 415-989-1663

        Annamarie A. Daley #158112
        BARNES & THORNBURG
        225 South Sixth Street
        Minneapolis, MN 55402-4662
        Tel: 412-333-2111
        annamarie.daley@btlaw.com

        ***Attorneys for Defendant***