UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BASEEM MISSAGHI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLOCKBUSTER L.L.C., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 11-cv-02559-JRT-JSM<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Hon John R. Tunheim] |

　　　　Plaintiff Baseem Missaghi ("Plaintiff"), hereby respectfully moves the Court for an Order granting his Motion for Preliminary Approval of the Class Action Settlement Agreement, certifying the Settlement Class, appointing Baseem Missaghi as the Class Representative, appointing Jay Edelson, Rafey S. Balabanian, Ari J. Scharg, and Chandler R. Givens of Edelson McGuire LLC as Class Counsel, approving the form and manner of the notice, and awarding such other and further relief as the Court deems equitable and just.

　　　　In support of its Motion for Preliminary Approval of the Class Action Settlement Agreement, Plaintiff relies on and incorporates by reference the following:

　　A.　　All pleadings in this action; and

　　B.　　The arguments and authorities set forth in Plaintiff's Memorandum of Law in Support of the Motion for Preliminary Approval, filed concurrently herewith.

　　　　WHEREFORE, Plaintiff Baseem Missaghi respectfully requests that the Court

grant his Motion for Preliminary Approval of the Class Action Settlement Agreement.

Dated: July 3, 2012                                Respectfully submitted,

**Baseem Missaghi**, individually and on behalf of a class similarly situated

By: /s/ Ari J. Scharg
    One of Plaintiff's Attorneys

JAY EDELSON (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
ARI J. SCHARG (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
(cgivens@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

**CERTIFICATE OF SERVICE**

  I, Ari J. Scharg, an attorney, hereby certify that on July 3, 2012, I served the above and foregoing ***Plaintiff's Motion for Preliminary Approval of Class Action Settlement*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 3rd day of July, 2012.

              /s/ Ari J. Scharg